IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00488-BNB

ANTHONY JEREZ,

Applicant,

v.

J. M. WILNER,

Respondent.

___

ORDER OF DISMISSAL

___

Applicant, Anthony Jerez, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He initiated this action by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

In an order filed on March 10, 2008, Magistrate Boyd N. Boland ordered Mr. Jerez to cure a deficiency in the case within thirty days. Specifically, Mr. Jerez was directed to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $5.00 filing fee.

On March 24, 2007, in response to the March 10, 2008, order to cure, Mr. Jerez submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He also submitted an uncertified copy of his trust fund account statement.

Mr. Jerez has failed within the time allowed to cure the designated deficiency as directed, i.e., he has failed either to pay the $5.00 filing fee or to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." Rule 1(b) of the Section 2254 Rules applies the rules to other habeas corpus applications. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 also notes the requirement for a certified copy of an inmate's trust fund account statement. The March 10, 2008, order warned Mr. Jerez that if he failed to cure the designated deficiency within the time allowed, the application and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 24th day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00488-BNB

Anthony Jerez
Reg. No. 08886-081
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk