IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00488-ZLW

ANTHONY JEREZ,

　　Applicant,

v.

J. M. WILNER,

　　Respondent.

---

ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Anthony Jerez, filed *pro se* on May 6, 2008, a "Motion to Alter or Amend Judgment and/or Relief From a Judgment or Order Pursuant to Rules 59(e) and 60(b)." Mr. Jerez asks the Court to reconsider and vacate the Court's Order of Dismissal and Judgment filed in this action on April 25, 2008. He also filed a document titled "Application to Proceed In Forma Pauperis, Supporting Documentation and Order" together with an uncertified copy of his trust fund account statement.

The Court must construe the motion liberally because Mr. Jerez is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on April 25, 2008. Mr. Jerez filed the motion to reconsider within ten days after the Judgment was entered. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court denied the habeas corpus application and dismissed the instant action without prejudice for failure to cure because Mr. Jerez failed within the time allowed either to pay the $5.00 filing fee or to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Jerez fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Mr. Jerez does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court remains convinced that the application properly was denied and the action properly was dismissed. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Alter or Amend Judgment and/or Relief From a Judgment or Order Pursuant to Rules 59(e) and 60(b)" that Applicant, Anthony Jerez,

2

filed *pro se* on May 6, 2008, and which the Court has construed liberally as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 15 day of May, 2008.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00488-BNB

Anthony Jerez
Reg. No. 08886-081
FCI - Florence
PO Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/16/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk